IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                               PLAINTIFF
ADC #088701

v.                                      3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                                       DEFENDANTS

**ORDER**

Plaintiff filed this lawsuit on September 17, 2021, and filed an Amended Complaint on October 4, 2021. (Doc. Nos. 2, 6). On October 13, 2021, this Court screened Plaintiff's pleadings pursuant to the Prison Litigation Reform Act and recommended certain of Plaintiff's claims be dismissed; the recommendation is pending. (Doc. No. 7). On October 27, 2021, Plaintiff filed a Second Amended Complaint. (Doc. No. 10). Accordingly, the pending recommendation will be withdrawn. The Court will screen Plaintiff's Second Amended Complaint together with his other pleadings and a revised recommendation will follow.

IT IS, THEREFORE, ORDERED that the pending Recommended Disposition (Doc. No. 7) is WITHDRAWN.

IT IS SO ORDERED this 28th day of October, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE