IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                    PLAINTIFF
ADC #088701

v.                                      3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                              DEFENDANTS

### ORDER

Having reviewed Plaintiff Barry D. London's Amended Complaint and Second Amended Complaint for screening purposes only,[1] the Court finds that service is appropriate with respect to Plaintiff's claims against Defendants DPM Nurse Jones, Field Sergeant Glenn, Field Sergeant Smith, Field Lieutenant Johnson, COI E. Mendez, S. Lake, M. Hearyman, among others.[2]

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summonses for Defendants Jones, Glenn, Smith, Johnson, Lake, and Hearyman.  The United States Marshal is hereby directed to serve a copy of the Second Amended Complaint (Doc. No. 10) and summons on Defendants without prepayment of fees and costs or security therefore. Service on Defendants Jones, Glenn, Smith, Johnson, and Mendez should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.  Service on Defendants Lake and Hearyman should be attempted through the Humphries, Odum & Eubanks law firm, 1901 Broadway Street, Little Rock, AR 72206.

IT IS SO ORDERED this 1st day of Novmber, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. Sect. 1915A(a).

[2] Service on additional Defendants will be directed in a separate order.