IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701                                                                                                                PLAINTIFF

v.                                  No. 3:21-cv-197-DPM-JTK

BRUSH-STRODE, Psychologist, Ouachita
River Correctional Unit; SHANA D.
BRINK, Nurse, North Central Unit, ADC;
R. HICKS, Sgt., North Central Unit, ADC;
E. MENDEZ, CO-II, North Central Unit,
ADC; JONES, DPM Nurse, North Central
Unit, ADC; LILLIAN L. LANDRIGAN,
Dentist, North Central Unit, ADC;
RICHORD SHAWN, Psychologist, North
Central Unit, ADC; GLENN, Field Sgt.,
North Central Unit, ADC; SMITH, Field
Sgt., North Central Unit, ADC; WEST,
Nurse, North Central Unit, ADC;
M. HALL; S. LAKE; M. HEARYMAN;
MURRAY, Sick Call Nurse; PETERMAN,
Sick-call Nurse; DOES, 1-3, Med Provider,
Sick-Call Nurse, and Dentist Ouachita
River Unit; A. SCHUBERT, Mental
Health, North Central Unit, ADC;
B. SIGHT, Mental Health, North Central
Unit, ADC; JOHNSON, Field Lt., North
Central Unit, ADC; U. ROGER, Sick Call
Nurse, North Central Unit, ADC; and
J. WILSON, Mental Health, North Central
Unit, ADC                                                                                                                   DEFENDANTS

# ORDER

On *de novo* review, the Court partly adopts and partly declines the Magistrate Judge's partial recommendation, *Doc. 14*, as clarified and partly overrules and partly sustains London's objections, *Doc. 34*. FED. R. CIV. P. 72(b)(3). The Court adopts the recommendations on the following claims and those claims will be dismissed without prejudice:

- all official capacity claims;
- deprivation of personal property claims;
- conspiracy claims;
- co-pay claims;
- supervisory liability claims against Defendant Hall;
- dental claims against Defendant Landrigan;
- claims against Defendants Glenn and Smith for violation of prison rules;
- retaliation claims;
- claims about denial of Tums and Tylenol from May 2021 to July 2021;
- deliberate indifference claims against Defendant Wilson; and
- legal mail claims.

The Court declines the Magistrate Judge's recommendations on London's deliberate indifference claims against Defendants Schubert and Sights. London's complaint alleges that in April 2021 Defendants Sights and Schubert conspired to "manipulate hostile witness Mr. Richord, Shawn psychologist of Nortriptyline small 10mg," and that London was denied a mental health professional evaluation and

medication. *Doc. 10 at 14*. This is sufficient to state a deliberate indifference claim.

Defendants Brush-Strode, Hicks, Landrigan, Wilson, and Does 1-3 are dismissed. London's remaining claims, as stated in the recommendation, *Doc. 14 at 8–9*, and his deliberate indifference claims against Defendants Schubert and Sights, go forward.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 January 2022