IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                                       PLAINTIFF
ADC #088701

v.                                          3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                                               DEFENDANTS

## ORDER

On January 31, 2022, Chief United States District Judge D.P. Marshall directed that Plaintiff's deliberate indifference to serious medical needs claims against Defendants A. Schubert and B. Sight move forward. (Doc. No. 49 at 2-3). Accordingly, the Court will direct service on these Defendants.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summonses for Defendants A. Schubert and B. Sight. The United States Marshal is hereby directed to serve a copy of the Second Amended Complaint (Doc. No. 10) and summons on Defendant Schubert and Defendant Sight without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 1st day of February, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE