IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                                              PLAINTIFF
ADC #088701

v.                                          3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                                                       DEFENDANTS

## ORDER

On February 18, 2022, Defendants Lisa Murray and Jacquelyn Peterman filed a Motion to Dismiss Plaintiff's claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) along with a brief in support. (Doc. Nos. 61, 62). According to Defendants' Motion, Plaintiff failed to state allegations of wrongdoing against Defendants Murray and Peterman. (Id.). As a result, Defendants Murray and Peterman ask the Court to dismiss Plaintiff's claims against them and dismiss them as parties to Plaintiff's Complaint. (Id.). If Plaintiff wishes to respond to the Motion filed by Defendants Murray and Peterman, Plaintiff is directed to do so within fifteen (15) days of the date of this Order.

IT IS SO ORDERED this 25th day of February, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE