IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701                                                                                    PLAINTIFF

v.                         No. 3:21-cv-197-DPM-JTK

SHANA D. BRINK, Nurse, North Central
Unit, ADC; ESTHER MENDEZ, CO-II,
North Central Unit, ADC; JONES, DPM
Nurse, North Central Unit, ADC;
RICHORD SHAWN, Psychologist, North
Central Unit, ADC; JEREMY GLENN,
Field Sgt., North Central Unit, ADC;
SMITH, Field Sgt., North Central Unit,
ADC; WEST, Nurse, North Central Unit,
ADC; M. HALL; SANDRA LAKE;
MARTY HEARYMAN; MURRAY, Sick
Call Nurse; PETERMAN, Sick-call Nurse;
A. SCHUBERT, Mental Health, North
Central Unit, ADC; B. SIGHT, Mental
Health, North Central Unit, ADC;
ERNEST JOHNSON, Field Lt., North
Central Unit, ADC; and U. ROGER, Sick
Call Nurse, North Central Unit, ADC                                         DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 63*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). London's claims against Defendants Jones,

Brink, and Roger are dismissed without prejudice for lack of service and those defendants are dismissed as parties to this action.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2022