IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                                    PLAINTIFF
ADC #088701

v.                                           3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                                           DEFENDANTS

## ORDER

The Court reviewed Plaintiff Barry D. London's Amended Complaint and Second Amended Complaint for screening purposes[1] and found that service was appropriate with respect to Plaintiff's claims against Medical Defendants Shawn, West, Hall, Lake, Hearyman, Murray, Peterman, A. Schubert, and B. Sight, and ADC Defendants Mendez, Glenn, and Johnson, among others.

In screening Plaintiff's claims, the Court screened Plaintiff's Amended Complaint (Doc. No. 6) and Second Amended Complaint (Doc. No. 10) together as one. (Doc. No. 14 at 2). In the Court's service Order, the Court mentions both Plaintiff's Amended and Second Amended Complaints. (Doc. Nos. 15, 48, for example). In ordering service of Plaintiff's claims, however, the Court directed service only of Plaintiff's Second Amended Complaint (Doc. No. 10). Accordingly, the Court will redirect service, including Plaintiff's Amended and Second Amended Complaint.

IT IS, THEREFORE, ORDERED that:

The Clerk of the Court shall prepare summonses for Defendants Shawn, West, Hall, Lake, Hearyman, Murray, Peterman, Schubert and Sight, as well as Defendants Mendez, Glenn, and Johnson. The United States Marshal is hereby directed to serve a copy of Plaintiff's Amended

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

Complaint and Second Amended Complaint (Doc. Nos. 6, 10) and summons on these Defendants without prepayment of fees and costs or security therefore. Service for Defendants Shawn, West, Hall, Lake, Hearyman, Murray, Peterman, Schubert and Sight should be attempted through the Humphries, Odum & Eubanks law firm, 1901 Broadway Street, Little Rock, AR 72206. Service for Defendants Mendez, Glenn, and Johnson should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 30th day of March, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE