IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,  PLAINTIFF
ADC #088701

v.   3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.  DEFENDANTS

## ORDER

The Court reviewed Plaintiff Barry D. London's Amended Complaint and Second Amended Complaint for screening purposes[1] and found that service was appropriate with respect to Plaintiff's claims against Defendants A. Schubert and B. Sight, among others. Service for Schubert and Sight is appropriate through the ADC Compliance Office.

IT IS, THEREFORE, ORDERED that:

The Clerk of the Court shall prepare summonses for Defendants Schubert and Sight. The United States Marshal is hereby directed to serve a copy of Plaintiff's Amended Complaint and Second Amended Complaint (Doc. Nos. 6, 10) and summons on these Defendants without prepayment of fees and costs or security therefore. Service for Defendants Schubert and Sight should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 5th day of April, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).