IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                PLAINTIFF
ADC #088701

v.                                    3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                        DEFENDANTS

## ORDER

Defendants have filed Answers to Plaintiff's Complaint, as amended. (Doc. Nos. 78, 82). The Clerk of the Court is directed to change the style of the case to reflect the correct names of the Defendants.

IT IS SO ORDERED this 3rd day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE