IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701                                                                                          PLAINTIFF

v.                              No. 3:21-cv-197-DPM-JTK

ESTHER MENDEZ, CO-II, North Central
Unit, ADC; SHAWN RICHARD,
Psychologist, North Central Unit, ADC;
JEREMY GLENN, Field Sgt., North
Central Unit, ADC; SMITH, Field Sgt.,
North Central Unit, ADC; NATHAN
WEST, Nurse, North Central Unit, ADC;
MARJORIE HALL; SANDRA LAKE;
MARTY HEARYMAN, Doctor; LISA
MURRAY, Sick Call Nurse; JACQUELYN
PETERMAN, Sick-call Nurse; ANDREW
SCHUBERT, Mental Health, North
Central Unit, ADC; BRIAN SIGHTS,
Mental Health, North Central Unit, ADC;
and ERNEST JOHNSON, Field Lt., North
Central Unit, ADC                                                                                DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 97*, and overrules London's objections, *Doc. 105*. FED. R. CIV. P. 72(b)(3). London's claims against Smith will be dismissed without prejudice for a lack of service and Smith is dismissed as a defendant in this case.

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2022