IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                                        PLAINTIFF
ADC #088701

v.                                            3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                                          DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following partial recommended disposition ("Recommendation") has been sent to Chief United States District Judge D.P. Marshall Jr. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Barry D. London ("Plaintiff") has filed a Motion for Default Judgment. (Doc. No. 132). The exact nature of Plaintiff's Motion is not clear. It appears that Plaintiff may have received documents from another case in mail sent to Plaintiff by the Court. If the Court sent Plaintiff papers from another case, that was a mistake and Plaintiff should ignore those papers.

To the extent Plaintiff seeks default judgment against Defendants in this case, all remaining Defendants have filed an Answer to Plaintiff's pleadings. (Doc. Nos. 78, 82). Accordingly, Plaintiff's Motion for Default Judgment should be denied.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Motion for Default Judgment (Doc. No. 132) be DENIED.

Dated this 13th day of September, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE