IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                    PLAINTIFF
ADC #088701

v.                                      3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                              DEFENDANTS

## ORDER

Mail containing copies of docket entry numbers 169 and 170, sent from the Court to Barry D. London ("Plaintiff") at his address of record, was returned as undeliverable. (Doc. No. 172). But the Arkansas Division of Correction website indicates Plaintiff is still housed in the Wrightsville Unit, and Plaintiff's address of record is the Wrightsville Unit. Accordingly, the Court will try sending the copies again. The Clerk of the Court is directed to send a copy of docket entry numbers 169 and 170 to Plaintiff, along with a copy of this Order.

IT IS SO ORDERED this 5th day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE