IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                            PLAINTIFF
ADC #088701

v.                                     3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                     DEFENDANTS

## ORDER

On February 2, 2023, Defendants Glenn and Johnson (collectively, "ADC Defendants") filed a Motion for Judgment on the Pleadings and Brief in Support. (Doc. Nos. 187-188). Plaintiff Barry D. London is directed to respond to the ADC Defendants' Motion for Judgment on the Pleadings (Doc. No. 187) within thirty (30) days of the date of this Order. Failure to respond will result in the Court making a recommendation on the ADC Defendants' Motion without the benefit of considering Plaintiff's response.

Dated this 3rd day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE