IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701                                                                                  PLAINTIFF

v.                          No. 3:21-cv-197-DPM-JTK

SHAWN RICHARD, Psychologist, North
Central Unit, ADC; JEREMY GLENN,
Field Sgt., North Central Unit, ADC;
NATHAN WEST, Nurse, North Central
Unit, ADC; MARJORIE HALL;
SANDRA LAKE; MARTY HEARYMAN,
Doctor; LISA MURRAY, Sick Call Nurse;
JACQUELYN PETERMAN, Sick-call
Nurse; and ERNEST JOHNSON, Field Lt.,
North Central Unit, ADC                                                              DEFENDANTS

ORDER

Many motions have been filed in this case. This Court rules as follows on several recommendations filed by Magistrate Judge Kearney.

- On *de novo* review, the Court adopts the partial recommendation, *Doc. 136*, and overrules London's objections, *Doc. 179 & 180*. Fed. R. Civ. P. 72(b)(3). London's motion for default judgment, *Doc. 132*, is denied.

- On *de novo* review, the Court adopts the partial recommendation, *Doc. 138*, and overrules London's objections, *Doc. 179 & 180*. Fed. R. Civ. P. 72(b)(3). London's motion for summary judgment, *Doc. 116*, is denied without prejudice.

- On *de novo* review, the Court adopts the partial recommendation, *Doc. 144*, and overrules London's objections, *Doc. 179 & 180*. Fed. R. Civ. P. 72(b)(3). London's motion for summary judgment, *Doc. 139*, is denied without prejudice.

- The unopposed partial recommendation, *Doc. 185*, is adopted. Fed. R. Civ. P. 72(b) (1983 addition to the advisory committee notes). Defendants' motion to compel, *Doc. 167*, and motion to dismiss, *Doc. 175*, are denied.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>17 February 2023</u>