## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BARRY D. LONDON**
**ADC #088701**                                                              **PLAINTIFF**

**v.**                          **No. 3:21-cv-197-DPM-JTK**

**SHAWN RICHARD, Psychologist, North**
**Central Unit, ADC;  JEREMY GLENN,**
**Field Sgt., North Central Unit, ADC;**
**NATHAN WEST, Nurse, North Central**
**Unit, ADC;  MARJORIE  HALL;**
**SANDRA LAKE;  MARTY HEARYMAN,**
**Doctor;  LISA MURRAY, Sick Call Nurse;**
**JACQUELYN PETERMAN, Sick-call**
**Nurse;  and ERNEST JOHNSON, Field Lt.,**
**North Central Unit, ADC**                            **DEFENDANTS**

## ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 143*, and overrules London's objections, *Doc. 179 & 180*. Fed. R. Civ. P. 72(b)(3). London's untimely supplement, *Doc. 201*, includes several grievances that were not previously a part of the record:

| Grievance Number | Docket Cite |
|:---:|:---:|
| NC-20-234 | *Doc. 201 at 175-78* |
| NC-20-762 | *Doc. 201 at 102-05* |
| NC-20-767 | *Doc. 201 at 85-86* |

| NC-21-155 | *Doc. 201 at 83-84* |
|:---:|:---:|
| NC-21-582 | *Doc. 201 at 163-67* |
| NC-21-596 | *Doc. 201 at 123-26* |

The grievances do not exhaust any additional claims.

- London names Hall in Grievance NC-20-762, but he's complaining about being forced to use stairs. He doesn't have a live claim against Hall on this issue;

- Grievances NC-20-234, NC-20-767, and NC-21-155 were not decided on the merits, meaning London failed to exhaust his administrative remedies; and

- The two most recent grievances, NC-21-582 and NC-21-596, were not fully exhausted when London filed his complaint, which the Clerk received and docketed on 17 September 2021. *Doc. 201 at 126 & 165*.

**2.** The motion for partial summary judgment, *Doc. 124*, is granted.

**3.** Richard and West are dismissed from this action.

**4.** London's claims against Hearyman, Lake, Hall, Murray, and Peterman, as stated in the recommendation, *Doc. 143 at 17-18*, will go forward.

**5.** His remaining claims against Hearyman, Lake, Hall, Murray, and Peterman are dismissed without prejudice.

So Ordered.

_W.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

9 March 2023