IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON,                                                                                       PLAINTIFF
ADC #088701

v.                                            3:21CV00197-DPM-JTK

BRUSH-STRODE, et al.                                                                             DEFENDANTS

## ORDER

Defendants have jointly filed a Motion for Extension of Time to Complete Discovery. (Doc. No. 212) Defendants are requesting a 60-day extension from the current April 7, 2023 discovery deadline. For good cause shown, Defendants' Motion (Doc. No. 212) is GRANTED, in part.

The discovery deadline in this case will be extended 30 days to May 8, 2023. The deadline for dispositive motions will be 30 days after the close of discovery. These dates apply to all parties.

IT IS SO ORDERED this 5th day of April, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE