IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701                                                                  PLAINTIFF

v.                         No. 3:21-cv-197-DPM-JTK

JEREMY GLENN, Field Sgt., North
Central Unit, ADC; MARJORIE HALL;
SANDRA LAKE; MARTY HEARYMAN,
Doctor; LISA MURRAY, Sick Call Nurse;
JACQUELYN PETERMAN, Sick-call
Nurse; and ERNEST JOHNSON, Field Lt.,
North Central Unit, ADC                                                      DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 200*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). London's motion for default judgment, *Doc. 193*, is denied.

The Court adopts another partial recommendation, *Doc. 205*, from Magistrate Judge Kearney that recommends denial of a motion for judgment on the pleadings filed by defendants Jeremy Glenn and Ernest Johnson. London objected to the recommendation; Glenn and Johnson did not. On *de novo* review, London's objections are overruled. The motion for judgment on the pleadings, *Doc. 187*, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2023