## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BARRY D. LONDON**
**ADC #088701**                                                      **PLAINTIFF**

**v.**                              **No. 3:21-cv-197-DPM**

**JEREMY GLENN, Field Sgt., North**
**Central Unit, ADC;  MARJORIE  HALL;**
**SANDRA LAKE;  MARTY HEARYMAN,**
**Doctor;  LISA MURRAY, Sick Call Nurse;**
**JACQUELYN PETERMAN, Sick-call**
**Nurse;  and ERNEST JOHNSON, Field Lt.,**
**North Central Unit, ADC**                    **DEFENDANTS**

### ORDER

1.      Motion for extension, *Doc. 235*, granted.  Objections to the recommendations, *Doc. 232 & 233*, are due by 30 September 2023.

2.      It is unclear which transcript London seeks in his motion, *Doc. 236*.  But the Court construes the motion as one for London's deposition transcript and grants it as modified.  The Court directs defendants' counsel to send a full copy of London's deposition transcript to him or confirm that it was sent to London at his new address, *Doc. 234*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 August 2023