IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701            PLAINTIFF

v.          No. 3:21-cv-197-DPM

JEREMY GLENN, Field Sgt., North
Central Unit, ADC; MARJORIE HALL;
SANDRA LAKE; MARTY HEARYMAN,
Doctor; LISA MURRAY, Sick Call Nurse;
JACQUELYN PETERMAN, Sick-call
Nurse; and ERNEST JOHNSON, Field Lt.,
North Central Unit, ADC            DEFENDANTS

### ORDER

Motion, *Doc. 240*, is granted. Michelle Odom is relieved as counsel for Hall, Lake, Hearyman, Murray, and Peterman.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 September 2023