IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701                                                              PLAINTIFF

v.                          No. 3:21-cv-197-DPM

JEREMY GLENN, Field Sgt., North
Central Unit, ADC; MARJORIE HALL;
SANDRA LAKE; MARTY HEARYMAN,
Doctor; LISA MURRAY, Sick Call Nurse;
JACQUELYN PETERMAN, Sick-call
Nurse; and ERNEST JOHNSON, Field Lt.,
North Central Unit, ADC                                                  DEFENDANTS

ORDER

1. London's motions for summary judgment, *Doc. 242 & 244*, are denied. He filed these motions too late. The deadline for dispositive motions was in late June 2023; he filed his motions in September 2023. The Court does construe the motions as timely objections to the Magistrate Judge's recommendations. London, however, cannot add to the factual record at this point, having forfeited his right to respond to the defendants' summary judgment papers. The material facts, *Doc. 224 & 229*, are deemed admitted.

2. On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendations, *Doc. 232 & 233*, and overrules London's objections, *Doc. 242 & 244*. Fed. R. Civ. P. 72(b)(3). Glenn's and

Johnson's motion for summary judgment, *Doc. 223*, is granted. Their motion to have facts admitted, *Doc. 231*, is denied as moot. Hall's, Hearyman's, Lake's, Murray's, and Peterman's motion for summary judgment, *Doc. 227*, is granted.

3. London's motion, *Doc. 248*, is denied. The Court addressed the substance of this motion in its 30 August 2023 Order.

4. London's second amended complaint, *Doc. 10*, will be dismissed. Any *in forma pauperis* appeal from this Order or the related Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2023