IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BARRY D. LONDON
ADC #088701                                                                           PLAINTIFF

v.                             No. 3:21-cv-197-DPM

BRUSH-STRODE, Psychologist, Ouachita
River Correctional Unit; SHANA D. BRINK,
Nurse, North Central Unit, ADC; R. HICKS,
Sgt., North Central Unit, ADC; ESTHER
MENDEZ, CO-II, North Central Unit, ADC;
JONES, DPM Nurse, North Central Unit,
ADC; LILLIAN L. LANDRIGAN, Dentist,
North Central Unit, ADC; SHAWN
RICHARD, Psychologist, North Central Unit,
ADC; JEREMY GLENN, Field Sgt., North
Central Unit, ADC; SMITH, Field Sgt.,
North Central Unit, ADC; NATHAN WEST,
Nurse, North Central Unit, ADC;
MARJORIE HALL; SANDRA LAKE;
MARTY HEARYMAN, Doctor; LISA
MURRAY, Sick Call Nurse; JACQUELYN
PETERMAN, Sick-call Nurse; DOES, 1-3,
Med Provider, Sick-Call Nurse and Dentist
Ouachita River Unit; ANDREW
SCHUBERT, Mental Health, North Central
Unit, ADC; BRIAN SIGHTS, Mental Health,
North Central Unit, ADC; ERNEST
JOHNSON, Field Lt., North Central Unit,
ADC; U. ROGER, Sick Call Nurse, North
Central Unit, ADC; and J. WILSON, Mental
Health, North Central Unit, ADC                                                   DEFENDANTS

## JUDGMENT

London's exhausted claims of deliberate indifference to serious medical needs against Glenn, Hall, Hearyman, Johnson, Lake, Murray, and Peterman are dismissed with prejudice. His remaining claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2023